# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1441

_____

Pamela Rhodes,                *
                                     *
            Appellant,        *
                                     *   Appeal from the United States
     v.                            *   District Court for the
                                     *   Eastern District of Arkansas.
Arkansas State University,   *
                                     *   [UNPUBLISHED]
            Appellee.         *

_____

Submitted: August 4, 2010
Filed: August 11, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Pamela Rhodes appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against Arkansas State University. After careful de novo review, see Hannoon v. Fawn Eng'g Corp., 324 F.3d 1041, 1045 (8th Cir. 2003), we find no error in the district court's order, see id. at 1048 (elements of harassment claim); Box v. Principi, 442 F.3d 692, 696 (8th Cir. 2006) (elements of race-discrimination and retaliation claims). Accordingly, we affirm. See 8th Cir. R. 47B. We deny appellee's pending motion as moot.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.